Case 1:25-mi-00029-UNA   Document 1-1   Filed 04/24/25   Page 1 of 1

Case 2:22-cv-01348-MHH   Document 47   Filed 04/22/24   Page 1 of 1

FILED
2024 Apr-22 AM 08:1
U.S. DISTRICT COURT
N.D. OF ALABAMA

### UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| SOUTHPOINT BANK, | }<br>} |
| Plaintiff, | }<br>} |
| v. | } Case No.: 2:22-cv-01348-MHH<br>} |
| LIFEHOPE EQUIPMENT LEASING, LLC, *et al.*, | }<br>}<br>} |
| Defendants. | } |

### FINAL JUDGMENT

Consistent with the Court's February 16, 2024 memorandum opinion and with Doc. 45, p. 3, the Court enters judgment in favor of plaintiff SouthPoint Bank in the amount of **$3,302,891.05** against defendants Lifehope Equipment Leasing, LLC; Lifehope Labs, LLC; and Scott Crandall Honan.[1] The Court asks the Clerk to please close this file.

**DONE** and **ORDERED** this April 19, 2024.

*Madeline H. Haikala*
MADELINE HUGHES HAIKALA
UNITED STATES DISTRICT JUDGE

A TRUE COPY
GREER M. LYNCH, CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
BY: *[signature]*
DEPUTY CLERK

---

[1] The judgment includes an award of $234,240.22 in attorney fees and expenses.